IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31
6 MARCH 2014

| 052P14 | State v. Rodney E. Jones | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Johnston County | Denied |
|---|---|---|---|
| 056P14 | Eugene & Martha Kirby; Harris Triad Homes, Inc.; Michael Hendrix; Darren Engelkemier; Ian Hutagalung; Sylvia Maendl; Stephen Stept; James & Phyliss Nelson; and Republic Properties, LLC v. N.C. Department of Transportation | Plts' PDR Prior to a Decision of the COA Under N.C.G.S. § 7A-31(b) | Denied |
| 057P14 | State v. Dennis Edward Byers | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP14-7)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 060A14 | State v. Rondell Luvell Sanders | 1. State's Motion for Temporary Stay (COA13-750)<br><br>2. State's Petition for *Writ of Supersedeas* | 1. Allowed **02/26/2014**<br><br>2. Allowed **02/26/2014** |
| 062P14 | State v. Michael Rankins | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/24/2014** |
| 063P14 | State v. Rashawn Lorenza Parsons | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **02/26/2014** |
| 138PA08-2 | State v. Mickey Vonrice Rollins | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA12-552)<br><br>2. State's Motion to Deny PDR<br><br>3. State's Motion to Dismiss Appeal | 1. Denied<br><br>2. Dismissed as Moot<br><br>3. Dismissed |